12 So.2d 870

### Sol DAVIS v. STATE.
### 6 Div. 915.

Court of Appeals of Alabama.
Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

■

12 So.2d 870

### Sol DAVIS v. STATE.
### 6 Div. 916.

Court of Appeals of Alabama.
March 2, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

■

13 So.2d 897

### Charlie DELBRIDGE v. STATE.
### 4 Div. 750.

Court of Appeals of Alabama.
April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

18 So.2d 115

### Jennie DIXON v. STATE.
### 5 Div. 207.

Court of Appeals of Alabama.
April 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

■

18 So.2d 886

### Tilford DIXON v. STATE.
### 6 Div. 88.

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.

■

17 So.2d 184

### Will (alias Gripper) DIXON v. STATE.
### 2 Div. 725.

Court of Appeals of Alabama.
Dec. 14, 1943.

Gordon Davis, of Tuscaloosa, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.